```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

USAA GENERAL INDEMNITY COMPANY,

        Plaintiff,

-Against-

ALRIC L. KENNEDY,

        Insured Participant Defendant,

BERNICE WALLACE

        Adverse Participant Defendant,

Case No.: 2:20 CV-03883-GRB-ST

**STIPULATION AND ORDER TO REMAND REMOVED ACTION**

ADVANCED RECOVERY EQUIPMENT AND SUPPLIES LLC
AUTO RX LLC
COMPREHENSIVE MRI OF NEW YORK, P.C.
P&G PHARMACY INC. d/b/a COUNTY LINE PHARMACY
FRANKLIN RX INC.
GOOD SAMARITAN HOSPITAL MEDICAL CENTER a/k/a
GOOD SAMARITAN HOSPITAL
INTEGRAL ASSIST MEDICAL P.C.
JOSEPH DELCASSE, MD
KATZMAN ORTHOPEDICS P.C.
LONG ISLAND NEUROSURGICAL & PAIN SPECIALISTS, PLLC
MCCULLOCH ORTHOPAEDIC SURGICAL SERVICES, P.L.L.C.
NASSAU SUFFOLK MEDICAL SERVICES, PC
NEW YORK SPINE INSTITUTE
NEW YORK ORTHOPAEDIC & COMPREHENSIVE MEDICAL SERVICES, P.C.
NYEEQASC, LLC d/b/a NORTH QUEENS SURGICAL CENTER
NYU FACULTY GROUP PRACTICE
PROMPT MEDICAL SPINE CARE, PLLC
PROTECHMED INC, SALVATORE J. PALUMBO, MD, PC
SEDATION VACATION PERIOPERATIVE MEDICINE PLLC
SNCH PHYSICIAN SERVICES
SOUTH NASSAU COMMUNITIES HOSPITAL
SOUTH NASSAU PHYSICIAN GROUP, P.C.
SOUTH NASSAU PHYSICIAN PRACTICE, P.C.
SN RADIOLOGICAL PRACTICE, P.C.
SPORTS MEDICINE & SPINE REHABILITATION, P.C.
WILLIAM BERGER, MD,

ZWANGER & PESIRI RADIOLOGY GROUP, LLP

                                                          Provider Defendants.
----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above action shall be remanded back to the New York State Supreme Court, County of Nassau.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and other costs with respect to the removal and subsequent remand of the above action pursuant to this stipulation.

Dated: Garden City, New York
         September 18, 2020

_____
EVAN W. KLESTZICK, ESQ.
McDonnell Adels & Klestzick, PLLC
Counsel for USAA GENERAL INDEMNITY CO
401 Franklin Avenue
Garden City, New York 11530
File No.: USAA 1058(a) DJ
516 328 3500 x 111 (telephone)
516-328-3697 (facsimile)

_____
James M. Marino, Esq.
LAW OFFICES OF NEIL MOLDOVAN, P.C.
Counsel for Defendant ALRIC L. KENNEDY
900 Stewart Avenue, Suite 220
Garden City, New York 11530
(516) 294-3300 (telephone)
(516) 294-4019 (facsimile)

# ORDER

On September 23, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved.

2. United States District Court, Eastern District of New York Case Number 2:20-CV-03883-GRB–ST, styled USAA GENERAL INDEMNITY COMPANY v. ALRIC L. KENNEDY, et al., is hereby remanded to the New York State Supreme Court, County of Nassau.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                 Hon. Gary R. Brown
                                                                 United States District Judge